No. 12–5364. PRENATT v. G. W. WILLIAMS CO., DBA SIERRA ROBLES APARTMENTS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5365. MORRISON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5366. GRIFFIN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 12–5369. HUCK v. NORMAN, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 12–5371. CURESCU v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–5372. COSSEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–5373. CABRERA, AKA MEDINA, AKA CARERA, AKA CHIKINKIRA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5376. PICCONE v. NEW YORK STATE DEPARTMENT OF HEALTH ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–5377. POYDRAS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 12–5378. NORMAN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–5379. ROSE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–5381. BACHMANN v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–5382. TIERNEY v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. C. A. 9th Cir. Certiorari denied.

No. 12–5383. BUTLER v. FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.